UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENEE CREDEUR | * | CIVIL ACTION NO. _____ |
| | * | |
| VERSUS | * | |
| | * | |
| STATE OF LOUISIANA, THROUGH | * | JUDGE _____ |
| THE OFFICE OF THE ATTORNEY | * | |
| GENERAL AND JAMES D. CALDWELL, | * | |
| IN HIS OFFICIAL CAPACITY AS | * | |
| ATTORNEY GENERAL AND IN HIS | * | |
| INDIVIDUAL CAPACITY | * | MAGISTRATE _____ |

## NOTICE OF REMOVAL

TO:    Clerk of Court
       United States District Court
       for the Middle District of Louisiana
       U. S. Courthouse
       777 Florida Blvd., Suite 139
       Baton Rouge, Louisiana 70801

Defendants, the State of Louisiana, through the Office of the Attorney General and James D.

Caldwell, the Attorney General of the State of Louisiana, who is named in this proceeding in both

his official and individual capacities (collectively the "Defendants"), through undersigned counsel,

give notice of the removal of this action from the Nineteenth Judicial District Court for the Parish

of East Baton Rouge, State of Louisiana, pursuant to 28 USC §§ 1441, 1443, 1446 and 1331. The

grounds for removal are as follows:

1.      This action was commenced on or about August 20, 2014, when plaintiff, Renee
        Creduer ("Plaintiff"), filed a petition in the Nineteenth Judicial District Court for the
        Parish of East Baton Rouge, State of Louisiana, in the matter entitled "Renee Credeur
        v. the State of Louisiana, through the Office of the Attorney General and James D.
        Caldwell, in his Official Capacity as Attorney General and in his Individual Capacity,
        et al, No. 632,910, Section "24") (the "State Court Suit").

2.      The Defendants constitute all of the named defendants in the State Court Suit.

3.      The Defendants were served with the State Court Suit on September 8, 2014.

4.      This removal is timely under 28 USC §1446(b) because the Defendants have
        removed within thirty (30) days of receipt of the initial pleadings setting forth the
        claim for relief on which the action is based.

5.      This Court has original jurisdiction over this action pursuant to 28 USC §1331.

6.      The case involves a federal question as the State Court Suit alleges, among other
        things, claims pursuant to the Americans with Disabilities Act, 42 USC §§ 12101 et
        seq.

7.      Additionally, pursuant to 28 USC § 1367, this Court has supplemental jurisdiction
        over any state law claims, including but not limited to, claims pursuant to Louisiana's
        anti-discrimination laws, that are or may be alleged by Plaintiff in the State Court
        Suit.

8.    Venue is proper in this court pursuant to 28 USC §1391(b)(1) and (2).

9.    Copies of all process, pleadings and orders that have been served upon the
      Defendants in the State Court Suit are attached hereto as Exhibit "A".

WHEREFORE, having met all of the requirements for removal under 28 USC §1441, 1443

and 1446, including all of the jurisdictional requirements of 28 USC §1331, defendants, the State

of Louisiana, through the Office of the Attorney General and James D. Caldwell, in his Official

Capacity as Attorney General and in his Individual Capacity respectfully request that this Court

assume full jurisdiction over the cause herein as provided by law.

By Attorneys:

KANTROW, SPAHT, WEAVER & BLITZER
(A PROFESSIONAL LAW CORPORATION)
445 North Boulevard, Suite 300 (70802)
P. O. Box 2997
Baton Rouge, LA 70821-2997
Telephone: 225/383-4703
Email: Richard@kswb.com

By:/s/Randal J. Robert
      Richard F. Zimmerman, Jr. (#13800)
      Randal J. Robert (#21840)
      Jennifer A. Hataway (#26323)
Attorneys for the Defendants

3

## CERTIFICATE

      I hereby certify that a copy of the Notice Of Removal has been served on counsel for plaintiff, by placing same in the United States mail, postage prepaid and properly addressed and/or by facsimile and/or by PACER notice this 7th day of October, 2014.

                /s/Randal J. Robert
                Randal J. Robert

#315516

4